UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RANDA KARIM,                                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :
          -v-                                                          :          26 Civ. 2066 (JPC)
                                                                       :
EQUIFAX INFORMATION SERVICES LLC, *et al.*,    :          ORDER
                                                                       :
                          Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 27, 2026, Plaintiff Randa Karim filed a waiver of service, signed on behalf of

Defendant Experian Information Solutions, Inc. ("Experian"), requiring Experian to respond to the

Complaint within sixty days of March 13, 2026. Dkt. 8. That deadline has now passed and the

docket does not reflect a response from Experian. The Court *sua sponte* extends Experian's

deadline to respond to the Complaint until June 1, 2026.

          SO ORDERED.

Dated: May 18, 2026
          New York, New York                              _____
                                                                   JOHN P. CRONAN
                                                          United States District Judge