UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                    :
RANDA KARIM,                                        :
                                                    :
                            Plaintiff,              :
                                                    :
            -v-                                     :        26 Civ. 2066 (JPC)
                                                    :
EQUIFAX INFORMATION SERVICES LLC, *et al.*,         :               ORDER
                                                    :
                            Defendants.             :
                                                    :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 27, 2026, Plaintiff Randa Karim filed a waiver of service, signed on behalf of

Defendant Equifax Information Services LLC ("Equifax"), requiring Equifax to respond to the

Complaint within sixty days of March 13, 2026. Dkt. 8. That deadline has now passed and the

docket does not reflect a response from Equifax. The Court *sua sponte* extends Equifax's deadline

to respond to the Complaint until June 11, 2026. By June 5, 2026, Plaintiff must serve this Order

on Equifax and file proof of such service on the docket.

        SO ORDERED.

Dated: June 1, 2026
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                        United States District Judge